**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph JOHNSON, Jr., a/k/a Joseph R. Johnson, a/k/a Joe Johnson, Jr., Defendant–Appellant.**

No. 01–6487.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Joseph Johnson, Jr., pro se. William Neil Hammerstrom, Jr., Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joseph Johnson, Jr., appeals from the district court's order denying his motion to dismiss the indictment for lack of personal and subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Johnson,* No. CR–96–180–A (E.D. Va. filed Mar. 15, 2001; entered Mar. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*